IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHEED PHILLIPS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-609 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| ET AL., | : | |
| Defendants. | : | |

NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Anne B. Taylor as counsel for Defendant City of Philadelphia in the above entitled matter.

                                              Respectfully submitted:

Date:   December 18, 2023           /s/ *Anne B. Taylor*
                                              ANNE B. TAYLOR
                                              Chief Deputy City Solicitor
                                              City of Philadelphia Law Department
                                              1515 Arch Street, 14th Floor
                                              Philadelphia, PA  19102-1595
                                              (215) 683-5381
                                              (215) 683-5397 fax)
                                              *anne.taylor@phila.gov*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHEED PHILLIPS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 16-609 |
| : | |
| CITY OF PHILADELPHIA, : | |
| ET AL., : | |
| Defendants. : | |

CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Entry of Appearance was served upon all counsel in this matter via electronic mail through the Court's ECF system on the date and year written below.

Respectfully submitted:

Date:   December 18, 2023

/s/ *Anne B. Taylor*
ANNE B. TAYLOR
Chief Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5381
(215) 683-5397 fax)
*anne.taylor@phila.gov*