IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RASHEED PHILLIPS**<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 16-609** |
| **JENNIFER STREEPER**<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 17-787** |
| **ELIGA McGHEE and NATHANIEL McGHEE**<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 17-832** |
| **DENNIS SHARPE**<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 19-983** |

## ORDER

AND NOW this 31st day of January, 2024, for the reasons stated in the foregoing Memorandum, Plaintiffs' counsel, in their responses to the Motions to Dismiss, shall, in addition to their contentions as to the statute of limitations, show cause as to why the cases should not be dismissed because of the long delay from the filing of the Complaint until this reassignment. The Court will extend the time due for Plaintiffs' responses to the Motions to Dismiss to February 12, 2024.  Defendants may file a reply brief by February 20, 2024.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-609 Phillips v City\Order on Memorandum on 4 NFU cases.docx