IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHEED PHILLIPS | : | CIVIL ACTION NO. |
| v. | : | JURY TRIAL DEMANDED |
| CITY OF PHILADELPHIA | : | |
| and | : | |
| | : | NO. 16-609 |
| POLICE OFFICER JEFFREY WALKER (Badge No. 3730) Individually and as a Police Officer for the City of Philadelphia ET AL | : | |

## ORDER

AND NOW THIS         OF         2024, After Considering the Motions to Dismiss Filed By Officer Spicer and Lieutenant Otto and the City of Philadelphia and the Response Thereto and the First Amended Complaint as filed in this Court, It is hereby Ordered that the Motions To Dismiss Are hereby Denied.

_____<br>
Baylson J.