IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHEED PHILLIPS | CIVIL ACTION NO. |
| v. | JURY TRIAL DEMANDED |
| CITY OF PHILADELPHIA | |
| and | |
| POLICE OFFICER JEFFREY WALKER (Badge No. 3730) Individually and as a Police Officer for the City of Philadelphia ET AL | NO. 16-609 |

## CERTIFICATE OF SERVICE

Margaret Boyce Furey, attorney for Plaintiff, hereby certifies that the Response to the Defendants Motions To Dismiss was electronically served by the Federal District Court for the Eastern District of Pennsylvania on the date identified below and served electronically on the Defendants Counsel of Record and Jeffrey Walker, pro se.

_____
Margaret Boyce Furey,
Attorney For Plaintiff

Date: February 12, 2024