# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHEED PHILLIPS | : | CIVIL ACTION NO.: 2:16-cv-00609 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants. | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw Defendant Officer Michael E. Spicer's, Motion to Dismiss and to Strike Plaintiff's Amended Complaint [31] that was e-filed with the Court on March 13, 2024.

                              **MARSHALL DENNEHEY, P.C.**

BY: _____
JOHN P. GONZALES, ESQUIRE
Attorney ID No. 71265
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2871 Fax (215) 575-0856
Email: jpgonzales@mdwcg.com
*Attorney for Defendant, Officer Michael E. Spicer*

Date: March 13, 2024

# CERTIFICATE OF SERVICE

I, John P. Gonzales, Esquire hereby certifies that a true and correct copy of the foregoing Praecipe to Withdraw Defendant, Officer Michael E. Spicer's, Motion to Dismiss and to Strike Plaintiff's Amended Complaint [31], was electronically filed with the Court this date and is available for viewing and downloading from the ECF System.

                                          MARSHALL DENNEHEY, P.C.

BY: /s/ John P. Gonzales
JOHN P. GONZALES, ESQUIRE
Attorney ID No. 71265
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2871 Fax (215) 575-0856
Email:  jpgonzales@mdwcg.com
*Attorney for Defendant, Officer Michael E. Spicer*

Date:  March 13, 2024