IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHEED PHILLIPS | : CIVIL ACTION NO. |
| v. | : JURY TRIAL DEMANDED |
| CITY OF PHILADELPHIA | : |
| and | : |
| POLICE OFFICER JEFFREY WALKER (Badge No. 3730) Individually and as a Police Officer for the City of Philadelphia ET AL | : NO. 16-609 |

## CERTIFICATION OF SERVICE

I certify that on 3/25/24 This Complaint was served upon counsel for defendants by e-mail transmission addressed to each and Jeffrey Walker, pro se at jeffreypappawalker@gmail.com through the Courts electronic filing system.

Dated: March 25, 2024

                                            s/Margaret Boyce Furey
                                            MARGARET BOYCE FUREY
                                            Attorney for Plaintiff