IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RASHEED PHILLIPS<br><br>v.<br><br>CITY OF PHILADELPHIA, et al. | CIVIL ACTION<br><br>NO.<br><br>Before the Hon. Michael M. Baylson |
|---|---|

# ORDER

**AND NOW, TO WIT:** This 1st day of May, 2024, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:**   /s/ Lori K. DiSanti
          _____
          Lori K. DiSanti
          Deputy Clerk

O:\CIVIL 16\16-609 Phillips v City\16cv609 41b order.docx